Dardrie ROZZELLE, Plaintiff–Appellant,

v.

UNIVERSITY OF NORTH CAROLINA; Banita Brown; Alison Walsh; Maria Delgadillo; Allison Stedman, Defendants–Appellees.

No. 15–2564.

United States Court of Appeals, Fourth Circuit.

Submitted: April 21, 2016.

Decided: April 25, 2016.

Dardrie Rozzelle, Appellant Pro Se. Melissa Lou Trippe, North Carolina Department of Justice, Raleigh, North Carolina, for Appellees.

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dardrie Rozzelle appeals the district court's order denying her postjudgment motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Rozzelle v. Univ. of N.C.,* No. 3:15–cv–00050–MOC–DSC (W.D.N.C. Dec. 7, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*